PROB 12B
(7/93)

Report Date: March 14, 2008

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 17 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shanea Irene Speidel     Case Number: 2:02CR02188-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 11/19/2003     Type of Supervision: Supervised Release

Original Offense: Maintaining a Place to Distribute Controlled Substance, 21 U.S.C. § 856(a)(1)     Date Supervision Commenced: 03/13/2008

Original Sentence: Prison - 60 Months; TSR - 36 Months     Date Supervision Expires: 03/12/2011

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Pursuant to Ninth Circuit case law, U.S. v. Stephens, the undersigned officer is requesting the above modification with the offender's consent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  3/14/08

Scott M. Morse Sr.
Chief U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

3/17/08
Date